## WAIT *against* DURAND.

In an action         THIS was an action of assault and battery, and for false im-
against a jus-
tice for an act prisonment, brought against the defendant, as a justice of the
done in his  peace, for an act done by him, in that capacity. The defend-
official capa-
city, the de- ant pleaded, 1. Not guilty; 2. A special justification. On the
fendant plead-
ed the gene- issue on the first plea, the plaintiff was nonsuited, for not bringing
ral issue and
a justification, the cause to trial, according to the practice of the court; to the
and there    second plea, there was a replication, *demurrer* and joinder, on
was a repli-
cation to the which judgment was given for the defendant. In *August*, 1811,
second plea,
and a demur- *double costs* were taxed, both on the judgment of *nonpros* and
rer, on which
a judgment   on the *demurrer*. Part of the costs were paid by the plaintiff
was given for
the defendant. in *December*, 1811. In *February* last, an execution was is-
On the gene- sued for the residue, on which proceedings were stayed by a
ral issue, a
judgment of  judge's order.
*nonpros*was ob-
tained for not    A motion was made to set aside the execution.
proceeding to
trial; it was
held, that the    *Per Curiam.* The case of a judgment for the defendant, on
defendant was
entitled to  demurrer, is not within the act giving *double costs.* (*Stone* v.
double costs
on the non-  *Woods*, 5 Johns. Rep. 182.) The plaintiff, therefore, was
pro, but not
on the demur- entitled to single costs only on the judgment on demurrer;
rer.
And after    but he was entitled to double costs on the issue of fact, and
double costs
had been     the judgment of *nonpros* thereon. The costs ought to have
taxed on both
issues, and  been so taxed; and it is not too late to have that error corrected.
part of the
costs paid,  We, accordingly, order a retaxation of the costs, with a stay of
and an execu-
tion issued for the execution in the mean time; and that the balance of the sum
the residue, due on such retaxation, and no more, be collected on the execu-
the court or-
dered a retax- tion. The cost of retaxation must be paid by the plaintiff; and
ation of the
costs, at the neither party recover costs on this application.
expense of the
plaintiff.